SAMUEL R. BRICK AND OTHERS, APPELLANTS, v. JULIA E. BRICK AND OTHERS, EXECUTRIX AND EXECUTORS, ETC., RESPONDENTS.

APPEAL from a decision of the Surrogate of the county of Kings, admitting to probate the will of Joseph K. Brick, deceased.

The principal question raised by the contestants, was as to the testamentary capacity of the deceased. Mr. Justice BARNARD, in delivering the opinion at General Term, says: "From a very careful reading of the evidence, I can discover no ground upon which the will or codicil can be successfully questioned."

*Henry E. Davies* and *D. R. Jaques*, for the appellants.

*Samuel Hand* and *William M. Ingraham*, for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Decree affirmed, with costs.